UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BILLY RAY MEADOWS, JR. | CIVIL ACTION NO. 21-cv-1178 |
| VERSUS | JUDGE S. MAURICE HICKS |
| DARREL VANNOY | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Rec. Doc. 24), and the response thereto (Rec. Doc. 25), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Billy Ray Meadow's Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED**. Petitioner's first claim—that during his appeal process La. R.S. 15:529.1 was changed to eliminate the type of convictions that the trial court used to find that he was a habitual offender—is **DISMISSED WITHOUT PREJUDICE**. Petitioner's second claim—that the trial court did not consider mitigating factors under La. Code Crim. Proc. art. 894.1—is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of October, 2022.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE